PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
BACILIO MENDEZ II, CSBN 332719
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4840
    Facsimile: (415) 744-0134
    E-Mail: Bacilio.Mendez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JAMIE LYNN TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-01588-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |

      The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

      1.    Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

      2.    Defendant's response to Plaintiff's motion for summary judgment is currently due on Monday, August 1, 2022.

Stip. for Ext.; 1:21-cv-01588-BAM                1

3.      Defendant has not previously requested an extension of time to file in this case.

4.      Due to an unforeseen passing in the undersigned SAUSA's family, he requires additional time to complete the Defendant's response to Plaintiff's motion for summary judgment.

5.      This request is made in good faith and is not intended to unduly delay the proceedings.

6.      On July 26, 2022, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

WHEREFORE, Defendant requests until August 22, 2022, to file her opposition to Plaintiff's motion for summary judgment.

Respectfully submitted,

Dated:  July 26, 2022

*/s/ Francesco Benavides\**
FRANCESCO BENAVIDES
Attorney for Plaintiff
\*as authorized via e-mail on July 26, 2022

Dated:  July 26, 2022

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Bacilio Mendez II*
BACILIO MENDEZ II
Special Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension, up to and including August 22, 2022, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated: __**July 27, 2022**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE